

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2014

No. 04-14-00347-CR

The **STATE** of Texas,
Appellant

v.

Victor Manuel **SCHUNIOR**, Jr.,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013CRM000371 D1
The Honorable Joe Lopez, Judge Presiding

# O R D E R

The Appellee's motion for extension of time to file the brief is GRANTED. Time is extended to October 17, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2014.

Keith E. Hottle
Clerk of Court